JAMES SPRAGGINS v. FEDERATED METALS CORPORATION.

March 9, 1981.

Petition for certification denied.

RALPH J. NERI v. BOARD OF ADJUSTMENT OF THE
BOROUGH OF RUMSON.

March 9, 1981.

Petition for certification denied.

LAWRENCE REMALEY v. PLANNING BOARD OF THE
BOROUGH OF OCEANPORT.

March 9, 1981.

Petition for certification denied.

MANUEL SEDA v. THE FORD MOTOR COMPANY.

March 9, 1981.

Petition for certification denied.